**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| In The Matter of: | In Bankruptcy: |
|---|---|
| MICHAEL JAMES PERAINO | Case No. 08-56002-WS |
| CYNTHIA EVE PERAINO | Chapter 7 |
|       Debtor (s)      / | Hon. WALTER SHAPERO |

## AMENDED CERTIFICATE OF DISTRIBUTION

Charles J. Taunt of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. The trustee received funds back from creditors, indicating that they have been paid in full. The trustee is now redistributing these funds to remaining creditors who have not been paid in full.

3. That the Trustee has collected $7,182.15 and disbursed $4,119.76, leaving a balance on hand of $3,062.39, which funds are deposited in ******0085 an account at Bank of Texas;

4. That of the funds on hand the following redistribution should be made:

**Chapter 7 Admin Expenses:**

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| | The Taunt Law Firm | $2,122.86 | 100.00 | $0.00 |
| | The Taunt Law Firm | $261.97 | 100.00 | $0.00 |
| | Charles J. Taunt, Trustee Compensation | $1,468.22 | 100.00 | $0.00 |
| | Subtotals: | $3,853.05 | | $0.00 |

**Unsecured Claims:**

| Claim # | Name | Amount Allowed | Amount Paid | Remaining Value | % to Pay | Amount to be Paid |
|---|---|---|---|---|---|---|
| 2 | Discover Bank/DFS Services LLC | $15,150.58 | $0.00 | $15,150.58 | 8.73 | $1,322.82 |
| 3 | Discover Bank/DFS Services LLC | $9,448.22 | $0.00 | $9,448.22 | 8.73 | $824.93 |
| 4 | Marathon Petroleum | $1,738.63 | $0.00 | $1,738.63 | 8.73 | $151.80 |
| 5 | eCAST Settlement Corporation | $2,222.59 | $0.00 | $2,222.59 | 8.73 | $194.06 |
| 8 | Citibank (South Dakota). N.A. | $2,491.72 | $0.00 | $2,491.72 | 8.73 | $217.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Midland Funding | $3,950.97 | $0.00 | $3,950.97 | 8.73 | $344.96 |
| 10 | Midland Funding c/o Recoser LLC | $71.82 | $0.00 | $71.82 | 8.73 | $6.27 |
| | Subtotals: | $35,074.53 | $0.00 | | | $3,062.39 |

Total Paid: $3,062.39

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

/s/Charles J. Taunt
Charles J. Taunt
700 E. Maple Rd
2nd Floor
Birmingham, MI 48009
Phone: (248) 647-1127
E-mail: cjtaunt@tauntlaw.com

Dated: 10/07/2013    []